# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Kowa Pharmaceuticals
530 Industrial Park Blvd
Montgomery, AL 36117

Joseph F. Barna, CPA
Chief Financial Officer
Kowa Pharmaceuticals America, Inc.
530 Industrial Park Blvd.
Montgomery, AL 36117

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Kowa Pharmaceuticals America, Inc.
Attn: Ben Stakely, CEO
530 Industrial Park Boulevard
Montgomery, AL 36117

The Corporation Trust Company,
R/A for Kowa Pharmaceuticals America, Inc.
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
|------|------------------|-----------|---------------------|
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

## Certified Mail Return Receipts

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kowa Pharmaceuticals America, Inc.
Attn: Ben Stakely, CEO
530 Industrial Park Boulevard
Montgomery, AL 36117

9590 9402 3367 7227 2907 96

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6404

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X Kowa — ☒ Agent
- B. Received by (Printed Name): Kowa
- C. Date of Delivery: 2-7-22
- D. Is delivery address different from item 1? ☒ No

3. Service Type: ☒ Certified Mail®; ☒ Return Receipt for Merchandise

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**Receipt 2:**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
The Corporation Trust Company,
R/A for Kowa Pharmaceuticals America, Inc.
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

9590 9402 3367 7227 2908 02

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6411

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X
- Received: FEB 08 2022 — CT CORPORATION

3. Service Type: ☒ Certified Mail®; ☒ Return Receipt for Merchandise

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt
